COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-084-CV

MARC W. GUNDERSON A/K/A MARC APPELLANT

WILLIAM GUNDERSON

V.

MGM GRAND HOTEL, L.L.C. APPELLEE

----------

FROM THE 48
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Motion By Appellant To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).
 

PER CURIAM 

PANEL D: DAY, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: May 1, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.